**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 09-7738**

UNITED STATES OF AMERICA,

                Plaintiff - Appellee,

        v.

HUBERT RAMSEY, a/k/a J.R., a/k/a J.R. Ramsey,

                Defendant - Appellant.

Appeal from the United States District Court for the Western
District of North Carolina, at Statesville.    Richard L.
Voorhees, District Judge. (5:96-cr-00005-RLV-4)

Submitted: January 19, 2010        Decided: January 27, 2010

Before NIEMEYER, KING, and DAVIS, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Stanford Kent Clontz, Asheville, North Carolina, for Appellant.
Amy Elizabeth Ray, Assistant United States Attorney, Asheville,
North Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Hubert Ramsey appeals the district court's order denying his motion for a reduction of sentence filed pursuant to 18 U.S.C. § 3582(c)(2) (2006). We have reviewed the record and find the district court did not abuse its discretion in denying the motion. United States v. Goines, 357 F.3d 469, 478 (4th Cir. 2004) (motion under § 3582(c) "is subject to the discretion of the district court"); United States v. Legree, 205 F.3d 724, 727 (4th Cir. 2000). Thus, we affirm for the reasons stated by the district court. See United States v. Ramsey, No. 5:96-cr-00005-RLV-4 (W.D.N.C. Sept. 11, 2009). We deny counsel's motions to withdraw as moot and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED